# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LAVOND A. HILL, | : | No. 8 EAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court entered on |
| | : | 11/12/2015 at No. 378 MD 2013 |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY OF | : | |
| CORRECTIONS, ERIC P. BUSH, | : | |
| SUPERINTENDENT OF SCI-PINE | : | |
| GROVE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 28th day of September, 2016, the order of the Commonwealth Court is AFFIRMED.